1  PHILLIP A. TALBERT
   United States Attorney
2  JOHN E. SCANLON
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

**FILED**

**Apr 12, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:22-cr-0074 JDP |
| ) | |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 641 — |
| ) | Theft of Government Property & 21 |
| v. ) | U.S.C. § 844(a) – Possession of a |
| ) | Controlled Substance (Marijuana) |
| KAYLA P. COLLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 641 – Theft of Government Property]

The United States Attorney charges:   T H A T

KAYLA P. COLLINS,

defendant herein, on or about February 2, 2022, at Travis Air Force Base, in Solano County, in the State and Eastern District of California, did knowingly embezzle, steal, purloin, and knowingly convert to her use and the use of another, a record, voucher, money, and thing of value of the United States and of a department and agency thereof, not exceeding the sum of $1,000.00, to wit: property

///

INFORMATION                              1              U.S. v. KAYLA P. COLLINS

belonging to the Travis Air Force Base Exchange, in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

COUNT TWO:      [21 U.S.C. § 844(a) – Possession of Controlled Substance (Marijuana)]

The United States Attorney further charges:  T H A T KAYLA P. COLLINS, defendant herein, on or about February 2, 2022, at Travis Air Force Base, in Solano County, in the State and Eastern District of California, did knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a), a Class A misdemeanor.

Dated: April 12, 2022              PHILLIP A. TALBERT
                                   United States Attorney

                           By:   /s/ *John E. Scanlon*
                                 JOHN E. SCANLON
                                 Special Assistant U.S. Attorney

## **Penalty Slip**

**UNITED STATES v. KAYLA P. COLLINS**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 641 — Theft of Government Property |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 844(a) – Possession of a Controlled Substance (Marijuana) |
| PENALTY: | Imprisonment of not more than one year, a fine of not less than $1,000 but not more than $100,000, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |